UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CANADAY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-04648-JSW |
| EDMUNDO ORTEGA, JR., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-04676-JSW |
| JASON WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-04732-JSW |
| LAMBERTO VALENCIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-04771-JSW |

| | |
|---|---|
| JEFFREY COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMCAST CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-04782-JSW |
| RICHARD NELSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMCAST CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-04793-JSW |
| CALEB DUBOIS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMCAST CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-04809-JSW |
| GREGORY PETERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMCAST CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-04869-JSW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCES, REQUIRING JOINT CASE MANAGEMENT STATEMENTS, AND REQUIRING PARTIES TO MEET AND CONFER RE COORDINATION OF RELATED CASES** |

The Court hereby schedules an initial case management conference in *Williams v. Comcast Corp.*, 15-cv-04732-JSW; *Valencia v. Comcast Corp.*, 15-cv-04771-JSW; *Coleman v. Comcast Corp.*, 15-cv-04782-JSW; *Nelson v. Comcast Corp.*, 15-cv-04793-JSW; *DuBois v. Comcast Corp.*, 15-cv-04809-JSW; and *Peters v. Comcast Corp.*, 15-cv-04869-JSW.  The Court hereby schedules a further case management conference in *Canaday v. Comcast Corp.*, 15-cv-04648-JSW, and *Ortega v. Comcast Corp.*, 15-cv-04676-JSW.  Pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, each of these case management conferences shall be held in this case on February 5, 2016,

at 11:00 a.m., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

Plaintiff(s) in each case shall serve copies of this Order immediately on all parties to their action, and on any parties subsequently joined in their action, in accordance with Fed. R. Civ. P. 4 and 5. Following service, Plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties to each action shall appear **in person through lead trial counsel** to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties in each action shall file a joint case management statement for their action no later than five (5) court days prior to the conference. The parties are encouraged to file a single joint case management statement in all of the related cases, which may have separate subsections for case-specific topics. The parties may also file case-specific joint case management statements as necessary. The joint case management statements shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. The joint case management statements shall also address the following additional topics:

- Whether the schedule previously established for *Canaday v. Comcast Corp.*, 15-cv-04648-JSW, may be established for all of the cases, or whether a revised schedule is required for the cases to proceed on a coordinated schedule;
- A plan for coordinated discovery that is compliant with the mandates of the December 1, 2015 Amendments to the Federal Rules of Civil Procedure;
- The referral of the related cases to a single magistrate judge for discovery purposes;
- How motions practice in the related cases may be coordinated to decide common legal issues in a non-duplicative manner;
- A proposal for coordinated alternative dispute resolution in the related cases;
- Any other way in which these cases may be coordinated; and

- Whether the Court should hear the case management conferences simultaneously or sequentially.

Prior to filing the case management statements, counsel for all parties in **all** of the related cases shall review N.D. Civil L.R. 3-12 and shall meet and confer regarding these topics.

If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements may also address all of the topics referenced above.

Any request to reschedule the date of the conferences must be made in writing, and by stipulation if possible, at least **ten (10) calendar days** before the date of the conferences and must be based on good cause. Prior to filing a request to reschedule the case management conference in any of these related cases, counsel shall meet and confer with counsel in each of the related cases, and shall propose a new date for the case management conferences in all of the related cases.

In order to assist the Court in evaluating the need for any disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations, or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceedings; or (2) any other kind of interest that could be substantially affected by the outcome of the proceedings. If disclosure of non-party interested entities or persons has already been made as required by Civil L.R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 15, 2016

JEFFREY S. WHITE
United States District Judge

4