UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CANADAY, et al., | Case No. 15-cv-04648-JSW |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |
| EDMUNDO ORTEGA, JR., et al., | Case No. 15-cv-04676-JSW |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |
| JASON WILLIAMS, et al., | Case No. 15-cv-04732-JSW |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |
| LAMBERTO VALENCIA, et al., | Case No. 15-cv-04771-JSW |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |

United States District Court
Northern District of California

United States District Court
Northern District of California

JEFFREY COLEMAN, et al.,

        Plaintiffs,

    v.

COMCAST CORPORATION, et al.,

        Defendants.

Case No. 15-cv-04782-JSW

RICHARD NELSON, et al.,

        Plaintiffs,

    v.

COMCAST CORPORATION, et al.,

        Defendants.

Case No. 15-cv-04793-JSW

CALEB DUBOIS, et al.,

        Plaintiffs,

    v.

COMCAST CORPORATION, et al.,

        Defendants.

Case No. 15-cv-04809-JSW

GREGORY PETERS, et al.,

        Plaintiffs,

    v.

COMCAST CORPORATION, et al.,

        Defendants.

Case No. 15-cv-04869-JSW

**ORDER RE BRIEFING OF TOLLING
AND COLLATERAL ESTOPPEL
ISSUES**

Re: Dkt. Nos. 31, 32

The Court has received and considered the parties' February 19, 2016 briefs in *Canaday v. Comcast Corp.*, 15-cv-04648-JSW.  Defendants propose that the tolling and collateral estoppel questions in *Canaday* and these related cases be presented in a single motion for judgment on the pleadings by Defendants.  Plaintiffs agree that it is unlikely that a decision in *Anderson v. Michaels Stores, Inc.*, Ninth Circuit No. 14-56726, will be fully dispositive of the tolling issue presented in these related cases.  Accordingly, the Court will not stay consideration of the tolling and collateral estoppel issues pending a decision in *Anderson*.  Defendants may file a single

2

motion for judgment on the pleadings raising the tolling and collateral estoppel issues.

The motion for judgment on the pleadings may be filed in *Canaday* only, or a single motion may be filed in all of the related cases.  The parties are reminded that these cases are related, not consolidated.  Therefore, if the parties wish to file papers in more than one of the related cases, they must list each applicable case number in the caption and separately e-file the document in each case.

**IT IS SO ORDERED.**

Dated: February 22, 2016

_____
JEFFREY S. WHITE
United States District Judge