# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CANADAY, et al.,<br>       Plaintiffs,<br>  v.<br>COMCAST CORPORATION, et al.,<br>       Defendants. | Case No. 15-cv-04648-JSW |
| EDMUNDO ORTEGA, JR., et al.,<br>       Plaintiffs,<br>  v.<br>COMCAST CORPORATION, et al.,<br>       Defendants. | Case No. 15-cv-04676-JSW |
| JASON WILLIAMS, et al.,<br>       Plaintiffs,<br>  v.<br>COMCAST CORPORATION, et al.,<br>       Defendants. | Case No. 15-cv-04732-JSW |
| LAMBERTO VALENCIA, et al.,<br>       Plaintiffs,<br>  v.<br>COMCAST CORPORATION, et al.,<br>       Defendants. | Case No. 15-cv-04771-JSW |

| | |
|---|---|
| JEFFREY COLEMAN, et al., <br>     Plaintiffs, <br> v. <br> COMCAST CORPORATION, et al., <br>     Defendants. | Case No. 15-cv-04782-JSW |
| RICHARD NELSON, et al., <br>     Plaintiffs, <br> v. <br> COMCAST CORPORATION, et al., <br>     Defendants. | Case No. 15-cv-04793-JSW |
| CALEB DUBOIS, et al., <br>     Plaintiffs, <br> v. <br> COMCAST CORPORATION, et al., <br>     Defendants. | Case No. 15-cv-04809-JSW |
| GREGORY PETERS, et al., <br>     Plaintiffs, <br> v. <br> COMCAST CORPORATION, et al., <br>     Defendants. | Case No. 15-cv-04869-JSW <br><br> **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCES** |

On Friday, July 8, 2016 at 11:00 a.m., the parties are scheduled to appear for further case management conferences in *Ortega v. Comcast Corp.*, 15-cv-04676-JSW; *Williams v. Comcast Corp.*, 15-cv-04732-JSW; *Coleman v. Comcast Corp.*, 15-cv-04782-JSW; *Nelson v. Comcast Corp.*, 15-cv-04793-JSW; *DuBois v. Comcast Corp.*, 15-cv-04809-JSW; and *Peters v. Comcast Corp.*, 15-cv-04869-JSW.

The Court hereby SCHEDULES further case management conferences in *Canaday v. Comcast Corp.*, 15-cv-04648-JSW, and *Valencia v. Comcast Corp.*, 15-cv-04771-JSW. Each of

these case management conferences also shall be held in this case on Friday, July 8, 2016, at 11:00 a.m., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

The parties to each action shall appear in person through lead trial counsel with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

On July 1, 2016, the parties filed a joint case management statement for all eight related actions. Accordingly, the parties need not file any further case management statement for the *Canaday* and *Valencia* actions prior to the July 8, 2016 case management conferences.

**IT IS SO ORDERED.**

Dated: July 5, 2016

                                             _____
                                             JEFFREY S. WHITE
                                             United States District Judge

3