United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST OF CALIFORNIA/COLORADO/ WASHINGTON I, INC,<br><br>    Defendant. | Case No. 10-cv-04147-JSW |
| DUSTIN POOLE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br><br>    Defendants. | Case No. 13-cv-03772-JSW |
| DANIEL CANADAY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-04648-JSW |
| EDMUNDO ORTEGA, JR., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-04676-JSW |

| | |
|---|---|
| JASON WILLIAMS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br>        Defendants. | Case No. 15-cv-04732-JSW |
| LAMBERTO VALENCIA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br>        Defendants. | Case No. 15-cv-04771-JSW |
| JEFFREY COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br>        Defendants. | Case No. 15-cv-04782-JSW |
| RICHARD NELSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br>        Defendants. | Case No. 15-cv-04793-JSW |
| CALEB DUBOIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br>        Defendants. | Case No. 15-cv-04809-JSW |

| | |
|---|---|
| GREGORY PETERS, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>COMCAST CORPORATION, et al.,<br><br>             Defendants. | Case No. 15-cv-04869-JSW<br><br>**ORDER TO PARTIES TO MEET AND CONFER AND FILE JOINT STATUS REPORT FOR THE PURPOSE OF DETERMINING RELATIONSHIP BETWEEN CASES** |

Currently pending before this Court are two sets of related cases.

First, *Johnson v. Comcast of California/Colorado/Washington I., Inc.*, No. 10-cv-04147-JSW, and *Poole v. Comcast Corporation*, No. 13-cv-03772-JSW, are related to each other. *Johnson* and *Poole* are stayed pending final resolution of *Fayerweather v. Comcast Corporation and Comcast of Contra Costa, Inc.*, Superior Court of California in and for Contra Costa County No. C-08-01470. The parties in *Johnson* and *Poole* have been ordered to submit status reports to this court every 120 days, which are currently overdue.

Second, *Canaday v. Comcast Corp.*, 15-cv-04648-JSW; *Ortega v. Comcast Corp.*, 15-cv-04676-JSW; *Williams v. Comcast Corp.*, 15-cv-04732-JSW; *Valencia v. Comcast Corp.*, 15-cv-04771-JSW; *Coleman v. Comcast Corp.*, 15-cv-04782-JSW; *Nelson v. Comcast Corp.*, 15-cv-04793-JSW; *DuBois v. Comcast Corp.*, 15-cv-04809-JSW; and *Peters v. Comcast Corp.*, 15-cv-04869-JSW, are related to each other. Plaintiffs in these cases were previously class members in the *Fayerweather* action. The Court has set a trial date in *Canaday* and *Valencia*. The Court has set a cut-off for fact discovery in *Ortega*, *Williams*, *Coleman*, *Nelson*, *DuBois*, and *Peters* that follows the trials in *Canaday* and *Valencia*. A further case management conference is scheduled in these eight related cases for September 9, 2016 at 11:00 a.m.

The Court hereby ORDERS the parties in each of the above-captioned cases to meet and confer with each other regarding whether these ten cases should all be related to each other or otherwise coordinated. *See* N.D. Cal. Civil L.R. 1-5(n), 3-12. Additionally, the Court ORDERS the parties in each of the above-captioned cases to meet and confer regarding whether a stay of any or all of these cases remains, or is now, appropriate under *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 818-19 (1976). Following the meet-and-confer process,

the parties shall file a joint status report and/or an appropriate motion in each of these ten cases, no later than August 1, 2016, addressing the issues raised in this order.  The parties are encouraged to file a single joint status report in all ten of the related cases, which may have separate subsections for case-specific topics.  The parties may also file case-specific joint status reports as necessary.

**IT IS SO ORDERED.**

Dated: July 13, 2016

_____
JEFFREY S. WHITE
United States District Judge