UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | | |
|---|---|---|
| DANIEL CANADAY, *et al.*, | ) | Case No. 15-cv-04648-JSW (NJV) |
| Plaintiffs, | ) | |
| v. | ) | |
| COMCAST CORPORATION, *et al.*, | ) | |
| Defendants. | ) | |
| EDMUNDO ORTEGA, JR., *et al.*, | ) | Case No. 15-cv-04676-JSW (NJV) |
| Plaintiffs, | ) | |
| v. | ) | |
| COMCAST CORPORATION, *et al.*, | ) | |
| Defendants. | ) | |

[

|    |                                  |                                   |
|----|----------------------------------|-----------------------------------|
| 1  | JASON WILLIAMS, *et al*.,        | Case No. 15-cv-04732-JSW (NJV)    |
| 2  |     Plaintiffs, |                                |
| 3  |   v.                   |                                   |
| 4  | COMCAST CORPORATION, *et al*.,   |                                   |
| 5  |     Defendants. |                                |
| 6  | LAMBERTO VALENCIA, *et al*.,     | Case No. 15-cv-04771-JSW (NJV)    |
| 7  |     Plaintiffs, |                                |
| 8  |   v.                   |                                   |
| 9  | COMCAST CORPORATION, *et al*.,   |                                   |
| 10 |     Defendants. |                                |
| 11 | JEFFREY COLEMAN, *et al*.,       | Case No. 15-cv-04782-JSW (NJV)    |
| 12 |     Plaintiffs, |                                |
| 13 |   v.                   |                                   |
| 14 | COMCAST CORPORATION, *et al*.,   |                                   |
| 15 |     Defendants. |                                |
| 16 | RICHARD NELSON, *et al*.,        | Case No. 15-cv-04793-JSW (NJV)    |
| 17 |     Plaintiffs, |                                |
| 18 |   v.                   |                                   |
| 19 | COMCAST CORPORATION, *et al*.,   |                                   |
| 20 |     Defendants. |                                |
| 21 | CALEB DUBOIS, *et al*.,          | Case No. 15-cv-04809-JSW (NJV)    |
| 22 |     Plaintiffs, |                                |
| 23 |   v.                   |                                   |
| 24 | COMCAST CORPORATION, *et al*.,   |                                   |
| 25 |     Defendants. |                                |
| 26 |                                  |                                   |
| 27 |                                  |                                   |
| 28 |                                  |                                   |

| | | |
|---|---|---|
| 1 | GREGORY PETERS, *et al*., | ) Case No. 15-cv-04869-JSW (NJV) |
| 2 | Plaintiffs, | ) |
| 3 | v. | ) |
| 4 | COMCAST CORPORATION, *et al*., | ) |
| 5 | Defendants. | ) |
| 6 | | ) |
| 7 | LUPE LANDIN, JR., et al., | ) Case No. 16-cv-04174-JSW (NJV) |
| 8 | Plaintiffs, | ) |
| 9 | v. | ) |
| 10 | COMCAST CORPORATION, et al., | ) |
| 11 | Defendants. | ) |
| 12 | | ) |
| 13 | | ) Case No. 16-cv-04175-JSW (NJV) |
| 14 | CORY BARRETT HALL, et al., | ) |
| 15 | Plaintiffs, | ) |
| 16 | v. | ) |
| 17 | COMCAST CORPORATION, et al., | ) |
| 18 | Defendants. | ) |
| 19 | | ) Case No. 16-cv-04176 (NJV) |
| 20 | FRANCISCO FLORES,, et al., | ) |
| 21 | Plaintiffs, | ) |
| 22 | v. | ) |
| 23 | COMCAST CORPORATION, et al., | ) |
| 24 | Defendants. | ) |

| | | |
|---|---|---|
| 1 | JOSEPH JOSHUA DAVIS, et al., | ) Case No. 16-cv-04177-JSW (NJV) |
| 2 | Plaintiffs, | ) |
| 3 | v. | ) |
| 4 | COMCAST CORPORATION, et al., | ) |
| 5 | Defendants. | ) |
| 6 | JAMES K. GRIMES., et al., | ) Case No. 16-cv-04178 (NJV) |
| 7 | Plaintiffs, | ) |
| 8 | v. | ) |
| 9 | COMCAST CORPORATION, et al., | ) |
| 10 | Defendants. | ) |
| 11 | | ) |
| 12 | STEPHEN MCBRIDE, et al., | ) Case No. 16-cv-04179 (NJV) |
| 13 | Plaintiffs, | ) |
| 14 | v. | ) |
| 15 | COMCAST CORPORATION, et al., | ) |
| 16 | Defendants. | ) |
| 17 | | ) Case No. 16-cv-04180 (NJV) |
| 18 | LAWRENCE ELKINS, et al., | ) |
| 19 | Plaintiffs, | ) |
| 20 | v. | ) |
| 21 | COMCAST CORPORATION, et al., | ) |
| 22 | Defendants. | ) |

|  |  |
|---|---|
| HERNAN PAEZ, et al., | Case No. 16-cv-04181 (NJV) |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |
| KRIS COOK, et al., | Case No. 16-cv-04182 (NJV) |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |
| KEVIN HUFFMAN, et al., | Case No. 16-cv-04183 (NJV) |
| Plaintiffs, | **[PROPOSED] ORDER RE: COMCAST'S MOTION TO COMPEL** |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |

Defendant Comcast Cable Communication Management LLP's ("Comcast") (erroneously sued as Comcast Corporation) motion to compel discovery was heard telephonically on August 9, 2016 before the Honorable Nandor J. Vadas in the following actions: *DuBois v. Comcast Corporation,* Case No. 3:15-cv-04809-JSW-NJV; *Nelson v. Comcast Corporation,* Case No. 4:15-cv-04793-JSW-NJV; *Peters v. Comcast Corporation,* Case No. 3:15-cv-04689-JSW-NJV; *Canaday v. Comcast Corporation,* Case No. 4:15-cv-04648-JSW-NJV; *Ortega v. Comcast Corporation,* Case No. 4:15-cv-04676-JSW-NJV; *Valencia v. Comcast Corporation,* Case No. 4:15-cv-04771-JSW-NJV; *Williams v. Comcast Corporation,* Case No. 4:15-cv-04732-JSW-NJV; and *Coleman v. Comcast Corporation,* Case No. 4:15-cv-04782-JSW-NJV.  Patrick Terry, Esq.

-1-

appeared on behalf of all Plaintiffs.  Troy A. Valdez appeared on behalf of Comcast.  After considering the parties' positions, and counsel's arguments, the Court hereby Orders as follows:

With respect to Roman Numeral I, the Court Orders that Plaintiffs Oscar Argueta, Albert Gomez, Nathan Lines, Glenn Peterson, Ryan Stewart, Lawrence Wing, Jon Sanfelipe, Jose Gonzalez, Jr., Hans Bogusch, Benjamin Cabanayan, Richard Cervantes, Carlos Estrada, Jose Gonzalez, Steven Kremesec, Jr., Christian Olague, James Sargent, Chieu Vo, Edmundo Ortega, Jr., Lamberto Valencia, Jonathan Anglin, Brian Antis, Kevin Cook, Kord Evans, Gerwin Gitana, Hector Martinez, Peter Neang, Richard Pridmore, Samour Soeung, Jeffrey Coleman, Christopher Thatcher, Craig McCullom, Jeff Keith Chung, Tyree L. Anthony, Marlin Kelley, Roderick Hammond, Richard Brown, Luis Armas, Damian Ruiz, William Dantzman, Joshua Raymond Peppars, Terrence Ruffen, Robert Milligan, Meagan Medina, Rolando Jackson, and Ryan Dunbar shall provide signed and dated verifications to their interrogatory responses by 5 p.m. on September 9, 2016.

With respect to Roman Numeral II, the Court Orders that Plaintiffs Ryan Murray, Karlo Ayala, Mario Hankton, Jonathan Morant, Elizabeth Perkins, and Richard Phillip Martin shall provide signed and dated verifications to their interrogatory responses by 5 p.m. on September 9, 2016.

With respect to Roman Numeral III (whether Plaintiff shall include a privilege log identifying 2013 correspondence sent to Plaintiff) the Court Orders the parties to submit further briefing on this matter.  The parties shall submit a simultaneous brief not to exceed 10 pages, on or before September 20, 2016 at p.m. supporting their respective position.  The Court will hold a further hearing regarding this issue on October 4, 2016 at 11 a.m., in the United States District Court for the Northern District of California in San Francisco, California.

With respect to Roman Numeral Number IV (Plaintiffs' responses to Interrogatory Nos. 2, 4 and 6) the Court Denies Comcast's requests to have Plaintiffs provide further supplemental responses to these interrogatories.

With respect to Roman Number V (Plaintiff's responses to Comcast's Request for Production Nos. 7, 8, 22, and 23) the Court Orders that Plaintiffs shall provide all responsive

documents in each Plaintiffs' custody, care and control. Plaintiffs are not required to seek records held by third party providers where such records are not in their possession. To the extent that the Plaintiffs do not have responsive documents, each of them shall identify any third party entity (such as banks, credit card companies or cellular phone providers) with whom they maintained accounts during the relevant period, including identifying the account number, estimate of dates the account was held, and name under which the account was held, so that Comcast can seek to subpoena these records directly from the providers. The Plaintiffs in *Canaday* and *Valencia* shall have until 5 p.m. on September 20, 2016 to provide responses consistent with this order. The Plaintiffs in *Dubois, Nelson, Peters, Ortega, Williams, and Coleman* shall have until 5 p.m. on October 10, 2016 to provide responses consistent with this Order.

With respect to Roman Numeral VI (the depositions of Ryan Murray and Philip Richard Martin) the Court Orders that Plaintiffs shall have until September 9, 2016 to schedule and sit for their depositions or dismiss their cases.

**IT IS SO ORDERED.**

DATED: August 22, 2016

_____
Honorable Nandor J. Vadas